UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNNY RIVERA,

    Plaintiff,

v.                                           CASE NO. 8:15-cv-52-T-23TGW

DEPARTMENT STORES NATIONAL
BANK,

    Defendant.
_____/

**ORDER**

The mediator announces (Doc. 16) a settlement in this action. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party (1) to submit a stipulated form of final order or judgment or (2) to re-open the action upon a showing of good cause. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on June 1, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE